UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL TESFAMARYAM, | Case No.:  3:26-cv-1493-CAB-AHG |
| Petitioner, | |
| v. | **ORDER FOR STATUS REPORT** |
| CHRISTOPHER LAROSE, | |
| Respondent. | |

**By May 27, 2026**, Respondent shall provide an updated report on the status of Petitioner's immigration case, including whether he has received or is scheduled for an individual merits hearing.

It is **SO ORDERED**.

Dated:  May 21, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

1

3:26-cv-1493-CAB-AHG